UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| GUOBIN ZHAO and<br>XIMENG ZHAO,<br><br>      Plaintiffs,<br><br>V.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>      Defendants. | Case No. 5:23-cv-00307-GFVT-EBA<br><br>**ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court upon the Report and Recommendation [R. 9] filed by United States Magistrate Judge Edward B. Atkins, addressing the Motion to Dismiss filed by the Defendants. [R. 8.] This matter stems from an alleged unreasonable delay in the issuance of Permanent Resident Cards ("Green Cards"). Once the Plaintiffs received their green cards, the Defendants filed a Motion to Dismiss. [R. 8.] As grounds for their Motion to Dismiss, the Defendants indicated that the "Plaintiffs have now received their green cards and thus the matter is now moot." [R. 9 at 1.] Plaintiffs have not filed a Response to the Defendants' Motion to Dismiss. *Id.* After reviewing the record, Judge Atkins concluded that dismissal is warranted. *Id.* at 2.

The Report and Recommendation notified parties of their appeal rights pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) and directed parties to file any objections within fourteen (14) days of service of the Recommendation. *Id.* at 3. Neither party has filed objections.

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard. . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and agrees with the Magistrate Judge's Report and Recommendation.

Accordingly, the Court having considered the record and being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The Recommended Disposition **[R. 9]** as to Defendants' Motion to Dismiss is **ADOPTED** as and for the Opinion of the Court;

2. Defendants' Motion for Dismiss **[R. 8]** is **GRANTED**;

3. This matter is **DISMISSED AS MOOT**; and

4. This matter is **STRICKEN** from the Court's active docket.

This the 21st day of March, 2024.

Gregory F. Van Tatenhove
United States District Judge